# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Multi-Chem Group, LLC, | ) |
|       Plaintiff, | )   **ORDER** |
| vs. | ) |
| Jacam Chemicals 2013, LLC, and Adam Becker, | ) |
|       Defendants. | )   Case No. 1:19-cv-146 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on April 6, 2020, at 11:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 13th day of September, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

1