# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Multi-Chem Group, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Jacam Chemicals 2013, LLC, and Adam Becker, | ) |
| Defendants, | ) |
| vs. | ) Case No. 1:19-cv-146 |
| Arthur H. Shepard, Jr., | ) |
| Third-Party Defendant. | ) |

The court shall hold a status conference with the parties in the above-captioned action by telephone on June 24, 2020, at 1:30 p.m. CDT.  To participate in the conference, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court